# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ALVIN TRAVIS MCCULLOUGH, ADC #131910                                              PLAINTIFF

v.                                   4:21CV00490-BRW-JTK

CLAUDIA HARRIS, et al.                                                            DEFENDANTS

## ORDER

I have received proposed findings and recommendations (Doc. No. 8) from United States Magistrate Judge Jerome T. Kearney. No objections were filed and the time for doing so has passed. After reviewing the proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Plaintiff's Amended Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

This dismissal constitutes a "strike" within the meaning of the PLRA.

I certify that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

Plaintiff's motion for leave to amend complaint (Doc. No. 10) is denied without prejudice. Plaintiff neither said what he intended to amend nor provided a copy of his amended complaint, which are both required under the local rules. If Plaintiff intends to proceed, he may file a motion for reconsideration, and attach his proposed amended complaint. At that time I will decide whether the case should be reopened

IT IS SO ORDERED this 6th day of August, 2021.

Billy Roy Wilson_____<br>
UNITED STATES DISTRICT JUDGE