IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALVIN TRAVIS MCCULLOUGH,
ADC #131910                                                                                              PLAINTIFF

v.                                    4:21CV00490-BRW-JTK

CLAUDIA HARRIS, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered today, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

I certify that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 6th day of August, 2021.

                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE